IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. ARK CORPORATE MEMBER LIMITED, | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| vs. | ) | |
| | ) | Case No. 4:18-cv-507-CVE-JFJ |
| 1. TONY ANDERSON, | ) | |
| Defendant/Cross-Claim Defendant, | ) | |
| 2. MDOW INSURANCE COMPANY, | ) | |
| Defendant/Cross-Claimant/Counter-claimant, | ) | |
| And | ) | |
| 3. LACY DAWN UPTON, PERSONAL REPRESENTATIVE OF THE ESTATE OF DONALD LLOYD UPTON, | ) | |
| Party in Interest/Cross-Claim Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, Ark Corporate Member Limited, Tony Anderson, MDOW Insurance Company, and Lacy Dawn Upton, Personal Representative of the Estate of Donald Lloyd Upton, by and through their respective attorneys, hereby stipulate under Rule 41(a)(1) of the Federal Rules of Civil Procedures to the dismissal with prejudice of all claims against them upon the agreement reached between the undersigned.

Dated:   July 11, 2019

| By: /s/Kerry R. Lewis | /s/Kymberli J. M. Heckenkemper |
|---|---|
| Kerry R. Lewis, OBA #16519 | Kymberli J. M. Heckenkemper, OBA #33542 |
| klewis@rhodesokla.com | kheckenkemper@riggsabney.com |
| RHODES HIERONYMUS JONES | Donald M. Bingham, OBA # 794 |
| TUCKER & GABLE, PLLC | don_bingham@riggsabney.com |
| P.O. Box 21100 | RIGGS, ABNEY, NEAL, TURPEN, |
| Tulsa, OK 74121-1100 | ORBISON & LEWIS, P.C. |
| (918) 582-1173; | 502 West Sixth Street |
| (918) 592-3390 [fax] | Tulsa, OK 74119 |
| **ATTORNEYS FOR PLAINTIFF ARK CORPORATE MEMBER LIMITED** | (918) 587-3161; |
| | (918) 587-9708 [fax] |
| | **ATTORNEYS FOR TONY ANDERSON** |

| /s/ Brian E. Dittrich | /s/William R. Mayo |
|---|---|
| Brian E. Dittrich, OBA #14934 | William R. Mayo, OBA #11055 |
| bdittrich@dittrichlawfirm.com | wmayo@MayoLawOffices.com |
| DITTRICH LAW FIRM, P.L.L.C. | MAYO LAW OFFICES |
| 101 Park Avenue, Suite 1300 | 1831 E. 71st Street |
| Oklahoma City, OK 73102 | Tulsa, OK 74136 |
| (855) 494-6700; | (918) 770-0772; |
| (855) 494-6701 [fax] | (918) 552-4863 [fax] |
| **ATTORNEY FOR MDOW INSURANCE COMPANY** | **ATTORNEY FOR LACY DAWN UPTON, PERSONAL REPRESENTATION OF THE ESTATE OF DONALD LLOYD UPTON** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of July, 2019, the above and foregoing was electronically transmitted to the Clerk of Court using the Court's CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following ECF registrants:

Don Bingham
Kymberli J.M. Heckenkemper
Brian Dittrich
William Mayo
Matthew A. Kezhaya

/s/ Kerry R. Lewis
KERRY R. LEWIS